**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**MARTINSBURG**

**WILMA LEE RANKIN, et al,**

        Plaintiffs,

**v.**                                                                 **CIVIL ACTION NO. 3:02-CV-10**
                                                                       **(BAILEY)**

**BERKELY COUNTY SHERIFF'S**
**DEPARTMENT, et al.,**

        Defendants.

## ORDER GRANTING DEFENDANTS' MOTION FOR COSTS

On this day, the above-styled matter came before the Court for consideration of Defendants' Motion for Costs [Doc. 179]. The motion seeks a judgment from this Court for the defendants' costs of this action. The Court notes that the Fourth Circuit Court of Appeals issued its Mandate to this Court on October 25, 2007, which put into effect its October 3, 2007, per curium judgment affirming this Court's Order, which dismissed the case in favor of the defendants. Having reviewed the motion and the Bill of Costs attached thereto, this Court is of the opinion that the motion **[Doc. 179]** should be, and is, hereby **GRANTED**. Finding no objections from the plaintiffs, this Court hereby **ORDERS** the plaintiffs to satisfy payment of $3,159.95 as reflected in the Bill of Costs.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record herein.

**DATED:** February 11, 2008.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE